# United States District Court
## *Southern District of Georgia*
### Augusta Division

CELTIC MAINTENANCE SERVICES, INC.   *

                                                      *      CASE NUMBER   CV 106-177

   vs                                                *

GARRETT AVIATION SERVICES, L.L.C.,
DBA LANDMARK AVIATION AND   *
GREENWOOD, INC.

                                                      *

                                                      *

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___29___ day of _____January_____, 2008.

                                                    JUDGE, UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA